

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00430-CR

| | | |
|---|---|---|
| Katrina Evette Reed | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1276051D) |
| v. | § | December 13, 2012 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-12-00430-CR**

KATRINA EVETTE REED                                                    APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Katrina Evette Reed attempts to appeal from her conviction for theft of property between $1,500 and $20,000. Reed pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced her to ten months' confinement in state jail. The trial court's certification of her right to appeal states that this case "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

---

[1]*See* Tex. R. App. P. 47.4.

On September 17, 2012, we notified Reed that this appeal may be dismissed based on the trial court's certification unless she or any party desiring to continue the appeal filed a response on or before September 27, 2012, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). No response was filed. In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 13, 2012